**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Edward Aguilar,<br><br>　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　Defendants. | No. CV-19-00359-TUC-JGZ<br><br>**ORDER** |

On September 14, 2022, Aguilar filed a motion to reconsider, requesting that the Court reconsider its decision to not provide him with a copy of the entire record for two of his habeas cases: 15-cv-286 and 19-cv-359. (Doc. 93.) As stated in the Court's August 30, 2022 Order, this Court does not provide copies directly to litigants. (Doc. 90.) The Court will thus deny Aguilar's motion.

The Supreme Court has held that the use of public funds for indigent litigants is only proper when authorized by Congress. *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989) (citing *United States v. MacCollom*, 426 U.S. 317, 321 (1976)). The *in forma pauperis* statute does not give indigent prisoner litigants the right to have documents copied and returned at government expense. *See* 28 U.S.C. § 1915; *In Re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990). If Aguilar wishes to obtain copies, he must order them from the Court Clerk at 50 cents per page. *See* 28 U.S.C. § 1914(b); Admin. Off. U.S. Cts., *District Court Miscellaneous Fee Schedule*, United States Courts (Dec. 1, 2020), https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule.

Further, Aguilar's request that the Court provide him with copies does not present "highly unusual[] circumstances warranting reconsideration." *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Aguilar may contact the Clerk's Office at (520) 205-4200 and order copies. Copies of filings are also available online at http://pcl.uscourts.gov.

Accordingly,

**IT IS ORDERED** that:

1. Aguilar's Motion to Reconsider (Doc. 93) is **DENIED**.

2. This action shall remain closed.

Dated this 27th day of September, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge